Closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY, as successor-in-interest to Nationwide Life and Annuity Company of America; and NATIONWIDE LIFE INSURANCE COMPANY, as successor-in-interest to Nationwide Life Insurance Company of America,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JAY HENRY MULEIN,<br><br>　　　　　Defendant. | Case No. 2:11-cv-01341-JFW-MAN<br><br>**JUDGMENT**<br><br>Judge:　　Hon. John F. Walter<br>Courtroom:  16<br><br>*[Ex Parte Application; Memorandum of Points and Authorities; Declaration of Paul M. Gelb; and [Proposed] Order, filed concurrently herewith]* |

It having been stipulated by and between Plaintiffs Nationwide Life and Annuity Insurance Company ("NLAIC"), as successor-in-interest to Nationwide Life and Annuity Company of America ("NLACA"), and Nationwide Life Insurance Company ("NLIC"), as successor-in-interest to Nationwide Life Insurance Company of America ("NLICA") (collectively "Plaintiffs"), on the one hand, and Defendant Jay Henry Mulein ("Defendant"), on the other hand, that Judgment be entered against Defendant and in favor of Plaintiffs in accordance with their settlement agreement;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

Plaintiffs shall recover the sum of $4,888,329.83 (four million, eight hundred and eighty-eight thousand, three hundred and twenty-nine dollars, and eighty-three cents) from Defendant.

This Judgment shall be entered by the clerk of the court forthwith.


Dated:  May 11, 2012                    _____
                                        Honorable John F. Walter
                                        United States District Court Judge